UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN F. GREEN,

                Plaintiff,

   -v-                                              9:07-CV-01035 (LEK/DEP)

L. LEUBNER, Sgt., Auburn
Correctional Facility, *et al.*,

                Defendants.

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on September 1, 2009, by the Honorable David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 25).

Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1.  No objections have been raised in the allotted time with respect to the Report-Recommendation filed by Judge Peebles.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 25) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendants' Motion for summary judgment (Dkt. No. 21) is **GRANTED** and Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   September 22, 2009
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge